# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Latorey J. Greene, Sr., <br> *Plaintiff* <br> v. <br><br> Warden Michael Stephan; Major Parrish; L.T. Williams; L.T. Parker; Capt. Carter; Officer C. Booker; Mrs. Collins; SGT. Barr; Ms. Holmes; Ms. Washington; S.G.T. Fox; Officers Durant; McElveen; Dixon; McKenzie; K. Rivers; Janine Wrecsizs; L. Johnson; Smith; Ms. Miller; MS. Marbley; Ms. Desia; McDuffie *(RN)*; Ms. Miller; W. Fulton; Ms. Green; Officer Stuckey; Warden Shepard; Major Clark; L.T. Belton; Capt. Mack; S.G.T. Palmer; Capt. Brightheart; S.G.T. Williams; Officer Robinson; Samuel L. Soltis; Michael McCall; B. Lewis; J. Pate; Ms. Ardis; S. Stokes; Nadine Pridgen; Ann Hallman; Cheron M. Hess; Warden McKie; David Martinez; L.T. Freng; J. McRee; Dr. A. Compton, <br> *Defendants*. | Civil Action No.  1:19-cv-02386-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Latorey J. Greene, Sr., shall take nothing of the defendants, Warden Michael Stephan, Major Parrish, L.T. Williams, L.T. Parker, Capt. Carter, Officer C. Booker, Mrs. Collins, SGT. Barr, Ms. Holmes, Ms. Washington, S.G.T. Fox, Officers Durant, McElveen, Dixon, McKenzie, K. Rivers, Janine Wrecsizs, L. Johnson, Smith, Ms. Miller, MS. Marbley, Ms. Desia, McDuffie *(RN)*, Ms. Miller, W. Fulton, Ms. Green, Officer Stuckey, Warden Shepard, Major Clark, L.T. Belton, Capt. Mack, S.G.T. Palmer, Capt. Brightheart, S.G.T. Williams, Officer Robinson, Samuel L. Soltis, Michael McCall, B. Lewis, J. Pate, Ms. Ardis, S. Stokes, Nadine Pridgen, Ann Hallman, Cheron M. Hess, Warden McKie, David Martinez, L.T. Freng, J. McRee and Dr. A. Compton, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 16, 2019                                *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/L. Baker
                                            _____
                                              *Signature of Clerk or Deputy Clerk*